FILED: January 11, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 20-6598
(5:16-hc-02262-FL)

———————————

LAMONT MCKOY

    Petitioner - Appellant

v.

ERIK A. HOOKS

    Respondent - Appellee

———————————

O R D E R

———————————

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

    For the Court

    /s/ Patricia S. Connor, Clerk