FILED: January 19, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-6598
(5:16-hc-02262-FL)
_____

LAMONT MCKOY

      Petitioner - Appellant

v.

ERIK A. HOOKS

      Respondent - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered December 13, 2022, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*